BAL.15537

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ERNEST GONZALES** § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 3:22-cv-01984** |
| **V.** § | **JURY DEMAND** |
| § | |
| § | |
| **(1) PROTECTIVE INSURANCE** § | |
| **COMPANY** § | |
| *Defendant.* § | |

**DEFENDANT PROTECTIVE INSURANCE COMPANY'S
FIRST AMENDED NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **PROTECTIVE INSURANCE COMPANY** (hereinafter referred to as "Defendant"), in the above entitled and numbered cause, and files this its First Amended Notice of Removal of the above-captioned case. Removal is based on 28 U.S.C. § 1332 (diversity jurisdiction) and is authorized by 28 U.S.C. §§ 1441 and 1446.

## I.   BACKGROUND

1. On August 8, 2022, Plaintiff ERNEST GONZALES sued PROTECTIVE INSURANCE COMPANY and PROGRESSIVE INSURANCE, in the County Court at Law No. 5, Dallas County, Texas, Cause No. CC-22-04304-E, alleging negligence against both parties. Defendant, PROTECTIVE INSURANCE COMPANY answered as the correct party.

2. On September 2, 2022, Plaintiff ERNEST GONZALES filed its Non-Suit as to Defendant PROGRESSIVE INSURANCE, in the County Court at Law No. 5, Dallas County, Texas, Cause No. CC-22-04304-E.

3. PROTECTIVE INSURANCE COMPANY filed its Original Answer on September 6, 2022.

**DEFENDANT PROTECTIVE INSURANCE COMPANY'S FIRST AMENDED
NOTICE OF REMOVAL - Page 1**

4. Plaintiff Ernest Gonzales is a citizen of the State of Texas.

5. Defendant, PROTECTIVE INSURANCE COMPANY is organized in the State of Indiana, with its corporate office and principal place of business in Carmel, Indiana.

6. Plaintiff's Original Petition, filed contemporaneously herewith, states that the amount of damages sought is over $200,000.00 but not more than $1,000,000.00.

## II.   BASIS FOR REMOVAL

7. Removal is proper under 28 U.S.C. § 1332(a) because Plaintiff's suit is a civil action in which this Court has original jurisdiction over the parties, based upon diversity jurisdiction under 28 U.S.C. § 1332.  This action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because Plaintiff is a citizen of the State of Texas, Defendant Protective Insurance Company is an Indiana corporation, with its principal place of business in the State of Indiana.  Additionally, the amount in controversy exceeds $75,000.

### A. Complete Diversity Exists.

8. As this Court is aware, for diversity purposes, a person is considered a citizen of the state where that person is domiciled.  Plaintiff is a person and domiciled in the State of Texas. Defendants Protective Insurance Company is not domiciled in the State of Texas, but rather formed in Indiana, with their principle place of business in Carmel, Indiana.

9. Because the Plaintiff Ernest Gonzales and Defendant Protective Insurance Company do not share in citizenship in any state, removal is proper on diversity grounds.

10. Defendant now, and were at the time of the removed action was commenced, diverse in citizenship from the Plaintiff. 28 U.S.C. § 1332.

    **B. The Amount in Controversy Exceeds $75,000.**

11. As previously stated, Plaintiff filed Plaintiff's Original Petition on August 8, 2022. Plaintiff identified the amount in controversy to be over $200,000 but not more than $1,000,000.

12. Accordingly, Plaintiff seeks damages beyond the threshold amount of $75,000, establishing an amount in controversy of over $200,000 but not more than $1,000,000.

13. Accordingly, because this notice of removal has been filed within the time available after Plaintiff provided Plaintiff's Original Petition, providing Plaintiff's claim for relief, this removal is proper and timely under 28 U.S.C. § 1446(b)(3).

14. The United States District Court for the Northern District of Texas, Dallas Divison, embraces Dallas County, Texas, the place where the state court action was filed and is pending.

15. The live pleadings before the state court are Plaintiff's Original Petition and Jury Demand, Citation to Defendant Protective Insurance Company, Return of Service for Defendant Progressive Insurance, Plaintiff's Non-Suit as to Defendant Progressive Insurance and Defendant Protective Insurance Company's Original Answer. No other motions are pending before the state court.

16. All pleadings, process, orders served upon Defendants in the state court action are attached to this Notice as **Exhibit "A"**, as required by 28 U.S.C. § 1446(a).

17. Defendant Protective Insurance Company hereby demands a trial by jury in accordance with the provisions of FED. R. CIV. P. 38.

    **WHEREFORE, PREMISES CONSIDERED**, Defendant **PROTECTIVE INSURANCE COMPANY** respectfully requests that this action be immediately and entirely removed upon filing of this Notice of Removal to the United States District Court for the Northern

District of Texas, Dallas Division, and for such other and further relief to which it may show itself to be justly entitled in equity or law.

        Respectfully submitted,

        **FEE, SMITH & SHARP, L.L.P.**

        */S/ DANIEL M. KARP*
        **DANIEL M. KARP**
        State Bar No. 24012937
        dkarp@feesmith.com
        Three Galleria Tower
        13155 Noel Road, Suite 1000
        Dallas, Texas 75240
        972-980-3293
        972-934-9200 [Fax]

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      In accordance with the Federal Rules of Civil Procedure, I hereby certify that on this the 13th day of September, 2022, a true and correct copy the foregoing instrument was served on the following counsel of record authorized by Federal Rule of Civil Procedure 5(b)(2):

*Via ECF*
Kyle D. Williams
Johnson, Zegen, Scott & Williams, PLLC
12222 Merit Drive, Suite 1203
Dallas, Texas  75251
kyle@jzswlaw.com
214-295-2900
214-265-7626 - fax
*Attorney for Plaintiff*

        */S/ DANIEL M. KARP*
        **DANIEL M. KARP**