IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST GONZALES,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 3:22-CV-1984-BH |
| PROTECTIVE INSURANCE COMPANY,<br>　　　Defendant. | §<br>§<br>§ | Consent Case[1] |

## ORDER OF DISMISSAL

At the request of the parties in their *Joint Notice of Dismissal*, November 27, 2023 (doc. 21), this case is **DISMISSED** with prejudice to refiling by the plaintiff.

**SO ORDERED** on this 27th day of November, 2023.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By order filed October 4, 2022 (doc. 10), this matter has been transferred for the conduct of all further proceedings and the entry of judgment.